IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jesus Tzompaxtle, individually and on behalf of other similarly situated employees, Plaintiff<br>v.<br>Al's Pizza II, Inc. dba Al's Pizza Chicago and Adele L. Karalis, individually, Defendants | Case No. 1:17-cv-6699<br>Judge: Hon. Virginia M. Kendall |

## JOINT STIPULATION OF DISMISSAL

The parties to the above entitled action, by their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate that this matter shall be dismissed in its entirety, with prejudice, with each party incurring its own attorneys' fees and costs.

Respectfully submitted on Monday, March 19, 2018.

| | |
|---|---|
| /s/ Valentin T. Narvaez<br>Plaintiff's Counsel<br>Consumer Law Group, LLC<br>6232 N. Pulaski, Suite 200<br>Chicago, IL  60646 | /s/ Brittany Hartwig<br>Defendants' Counsel<br>James J. Roche and Associates<br>642 North Dearborn Street<br>Chicago, IL 60610 |